9/14/2015

12,460-12

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

ABEL Acosta, Clerk
Court OF Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear MR. Acosta;

I am Writing this Letter to try and find
out if and When have your office receive
MY 11:07 Writ of Habeas Corpus? From Harris
County, Texas Under Cause # 1376308) the
District Attorney Filed his STATE'S ORIGINAL
Answer on July 28, 2015 Since then I have
not heard anything From your office, Letting
me Know that your office receive the 11:07
Writ of Habeas Corpus. Sir if your office
have receive the Writ of Habeas Corpus, I
Would Like to Know the STATUS OF the
Writ. I have Wrote to the District
Clerk in Harris County, Tx. That office
Never responded to MY Letter. MR Acosta
if you could Find out the Status of MY
Writ of Habeas Corpus. I Would very Much
appreicate it.

Thanking you in Advance

O'Dell Burgess

CC.
OB.